# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR 91-00260-DDP |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| v. | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| JERRY STOVAL, | ) | 18 U.S.C. § 3143(a) |
|  | ) | Allegations of Violations of Probation/Supervised Release Conditions) |
| Defendant. | ) |  |

    On arrest warrant issued by the United States District Court for the  CDCA  involving alleged violations of conditions of probation/supervised release,

    The court finds no condition or combination of conditions that will reasonably assure:

    A.  ( ✓ ) the appearance of defendant as required; and/or

    B.  ( ✓ ) the safety of any person or the community.

    The Court concludes:

    A.  ( ✓ ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he can abide by conditions of release_

1  B.  ( ✓ ) Defendant is a flight risk because defendant has
2      not shown by clear and convincing evidence that: _
3      _he can abide by conditions of release_____
4      _____
5      _____
6      _____
7      _____

8  IT IS ORDERED defendant be detained.

10  DATED: September 8, 2008

        _____
        CAROLYN TURCHIN
        U.S. MAGISTRATE/DISTRICT JUDGE